FILED
08 JUL -9 PM 3:46

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSHUA STEVEN NOVAK           )
                              )
            Plaintiff,        )   CASE 08 3302 PJH (PR)
                              )
   vs.                        )   PRISONER'S
                              )   APPLICATION TO PROCEED
JAMES A. YATES, WARDEN        )   IN FORMA PAUPERIS
                              )
            Defendant.        )
_____)

I, __Joshua Steven Novak__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or                    Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,                 Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                             Yes ___ No ✓
14     d.   Pensions, annuities, or                    Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,         Yes ___ No ✓
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.     Are you married?                            Yes ___ No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.   List amount you contribute to your spouse's support: $_____

IS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A (LIFE PRISONER)

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash? Yes ___ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses? (N/A - INCARCERATED)

Rent: $ ∅                        Utilities: _____
Food: $ ∅                        Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do <u>not</u> include account numbers.)
3  _____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  June 8, 2008                    _Joshua Novak_____
17       DATE                         SIGNATURE OF APPLICANT

'RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 4 -

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of \_\_\_\_\_ Novak H 5958 \_\_\_\_\_ for the last six months at

[prisoner name]

Pleasant Valley State Prison where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ \_\_\_ 0 \_\_\_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ \_\_ 0 \_\_.

Dated: 6/10/08

[signature] Acct Clk II

[Authorized officer of the institution]

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY

-------- ACCOUNT INFORMATION -------- ------ -------- SPECIAL ITEMS --------

ACCOUNT NUMBER:  H57587
ACCOUNT NAME:    NOVAK, JOSHUA   STEVEN
ACCOUNT TYPE:    I
CURRENT BALANCE:        0.00
HOLD BALANCE:           0.00
ENCUM. BALANCE:         0.00
AVAILABLE:              0.00
PRIVILEGE GROUP: B
LAST CANTEEN:

-------- HOUSING LOCATION -------        --------- ARRIVAL INFORMATION ---------

FACILITY:        PVP                     ARRIVAL DATE:     02/07/2008
BED/CELL NUMBER: BFB5T2000000204U        ARRIVAL STATUS:   MDRTN
                                         FROM LOCATION:    CDH
                                         ARRIVAL COMMENT:

TS210BA          BEGINNING DATE FOR TRANSACTION DISPLAY:   /   /
No Account Activity for this period. Enter date or press a function key.
                                          DISPLAY  SELECT    PRINT      MAIN
REST                                      HOLDS    NEW ACCT  SCREEN     MENU
FINES
```

Page 2 of 2

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ 2-10-08
   TRUST OFFICE

```
                      PLEASANT VALLEY STATE PRISON
                      INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 15, 2008

   ACCT: K56687      ACCT NAME: BRAVO, ERNIE MICHAEL       ACCT TYPE: U

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

   BEGINNING    TOTAL         TOTAL          CURRENT      HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS      WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
   ----------   -----------   ------------   ----------   ---------   ------------
      0.00         0.00          0.00           0.00        0.00          0.00
   ==================================================================================

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                         ----------
                                                            0.00
                                                         ----------


   ACCT: H57587      ACCT NAME: NOVAK, JOSHUA STEVEN        ACCT TYPE: I

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

   BEGINNING    TOTAL         TOTAL          CURRENT      HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS      WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
   ----------   -----------   ------------   ----------   ---------   ------------
      0.00         0.00          0.00           0.00        0.00          0.00
   ==================================================================================

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                         ----------
                                                            0.00
                                                         ----------

   ACCT: K58187      ACCT NAME: JORDAN, DONQUAL             ACCT TYPE: U
```

*Page 1 of 2*



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE         2-10-08